IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MERVAN RUGOVAC,** | : |
| Petitioner, | : |
| v. | : |
| | : CIVIL ACTION 06-0829-WS-M |
| **ALBERTO GONZALES,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | : |
| Respondents. | : |

## **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADPOTED** as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as MOOT.

**DONE** this 16th day of April, 2007.

s/WILLIAM H. STEELE<br>
UNITED STATES DISTRICT JUDGE