IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MERVAN RUGOVAC,** | : |
| Petitioner, | : |
| v. | : |
| | CIVIL ACTION 06-0829-WS-M |
| **ALBERTO GONZALES,** | : |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** | : |
| Respondents. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Respondents Alberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Mervan Rugovac.

**DONE** and **ORDERED** this 16th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE